IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: CV-09-02507-PHX-ECV |
| $100,530.00 in US CURRENCY | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Undersigned counsel hereby moves, pursuant to Local Rule 83.3(b) to withdraw his appearance on behalf of the Claimant, Samuel Lloyd, in the above-referenced matter, and in support thereof state as follows:

1. On January 11, 2010, this Court granted undersigned counsel's Motion for Admission Pro Hac Vice thereby permitting counsel to enter his appearance on behalf of the Claimant. *See* docket no. 11. Pursuant to this appearance, undersigned counsel filed an Answer on Claimant's behalf. *See* docket no. 16.

2. This Court issued a Scheduling Order on January 6, 2010 ordering that all discovery be completed within six (6) months from the date the case is at issue. *See* docket no. 9.

3. Counsel has attempted to reach the Claimant on several occasions by phone, email, and letter correspondence to coordinate the preparation and production of discovery to the

government.[1]  Despite these numerous attempts, the Claimant has yet to respond to counsel's request for the requested discovery documents.

4. On May 5, 2010, counsel sent the Claimant a letter advising that a failure to respond within a week's time would result in counsel's request to withdraw appearance.  *See* Exhibit 1.  Counsel has not heard from the Claimant.

5. On May 20, 1020, pursuant to Local Rule 83.3(b)(2), counsel notified the Claimant in writing of the status of the case.  *See* Exhibit 2.

6. Without the Claimant's cooperation, counsel cannot properly and adequately perform his duties. It appears that the attorney-client relationship has reached a point where it would not be within the Defendant's best interest for undersigned counsel to continue representing the Defendant.

WHEREFORE, for the reasons set forth above, undersigned counsel requests to be relieved of representing the Claimant and requests that this Court grant counsel's request to withdraw his appearance on behalf of the Claimant in the above-referenced matter.

                                        Respectfully submitted,

                                        /S/

                                      _____
                                      Kenneth W. Ravenell
                                      The Murphy Firm
                                      One South Street, 23rd Floor
                                      Baltimore, Maryland 21202
                                      410-539-6500

---

[1] Pursuant to Local Rule 83.3(b), counsel provides that the last known address of the Claimant is 2731 Mt. Zion Parkway, Jonesboro, Georgia, 30236 and the last known telephone number of the Claimant is 770-869-6920.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of May 2010, a copy of the foregoing Motion to Withdraw Appearance of Counsel was served on all parties and their counsel via ECF.

/S/

_____

Kenneth Ravenell