DENNIS K. BURKE
United States Attorney
District of Arizona

PAUL V. ROOD
Assistant United States Attorney
Arizona State Bar No.  004494
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone:  (602) 514-7500
Facsimile:   (602) 514-7537
E-Mail: Paul.Rood@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CV 09-02507-PHX-ECV |
|---|---|
| Plaintiff, | |
| v. | RESPONSE IN OPPOSITION TO MOTION TO WITHDRAW APPEARANCE OF COUNSEL |
| $100,530.00 in U.S. Currency, | |
| Defendant. | |

NOW COMES Plaintiff, the United States of America, by and through its attorneys, DENNIS K. BURKE, United States Attorney for the District of Arizona, and Assistant United States Attorney PAUL V. ROOD, and submits this Response in Opposition to the Motion to Withdraw Appearance of Counsel filed by counsel for Claimant, Samuel Lloyd.

Mr. Ravenell, Counsel for Claimant accepted service of Plaintiff's Verified Complaint for Forfeiture In Rem (Dkt#1) on or about December 11, 2009.  On January 8, 2010, Mr. Ravenell filed a Motion for Extension of Time to file a Verified Claim. The Government did not object, and the Court granted a 3 day extension.  On February 1, 2010, Claimant through counsel filed a "Verified Claim and Statement Identifying Claimant's Interest and Rights in Seized Property," and on February 18, 2010, Plaintiff served it's discovery requests upon Samuel Lloyd, which were received by his counsel on February 22, 2010. Claimant's responses were due on or about March 24, 2010.

After several requested and granted extensions of time, this Court ordered responses to the government's discovery requests returned no later than May 24, 2010.

1      In a letter dated March 18, 2010, and filed with the Court, (*Dkt.* #18) counsel was requesting

2  additional time to respond on the grounds that he recently spoke with Mr. Lloyd, and it appeared

3  Lloyd was still in the process of gathering the documents, also that counsel was in trial in the

4  Eastern District of New York, Case No.06-cr-00550-JS.

5      In his Motion for Extension of Time to Complete Discovery filed on May 5, 2010, (*Dkt* #

6  19), Mr. Ravenell requested another extension because counsel was in trial in the Eastern

7  District of New York, Case No.06-cr-00550-JS.   The motion also indicated that Claimant was

8  in the State of Arizona, and was preoccupied by a health emergency of a close family member

9  and had not had time to gather the necessary and appropriate documents.

10     After that it appears that Mr. Lloyd could not be reached by counsel.  It seems apparent from

11  the exhibits attached to the motion that Mr. Lloyd, has for what ever reason, chosen not to keep

12  in contact with his retained counsel.  It also appears that Mr. Lloyd does not wish to respond to

13  the request for admission, production of documents and the proffered interrogatories.  This has

14  prompted counsel to move to withdraw.

15     If counsel is allowed to withdraw at this time, it would severely hinder the Government's

16  ability to effect proper service on Mr. Lloyd.  As long as Mr. Lloyd has counsel of record,

17  service upon counsel is deemed to be service on Mr. Lloyd.

18     The Government  intends to file a dispositive motion upon Claimant, and therefore opposes

19  at this time, counsel's request to be relieved of his representation in this matter.

20     In the alternative, plaintiff requests the Court consider sanctioning Claimant for his failure

21  to abide by the Court's Order concerning discovery by striking his claim and answer and

22  entering a final order of forfeiture.

23     WHEREFORE, the Government requests that Claimant's Motion to Withdraw Appearance

24  of Counsel be denied pending service of a dispositive motion, and the expiration of the response

25  time.

26

27  //

28

1  In the alternative, asks the Court to strike Claimant's claim and answer pursuant to Fed.R.Civ.P.

2  37 .

3          Respectfully submitted this 26th day of May, 2010.

4

5                                              DENNIS K. BURKE
                                               United States Attorney
6                                              District of Arizona

7
                                               *s/Paul V. Rood*
8
                                               PAUL V. ROOD
9                                              Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                           CERTIFICATION

2   I hereby certify that on May 26, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic filing to the following CM/ECF

3   registrant:

4

Kenneth W. Ravenell

5   One South Street, 23rd Floor

Baltimore, Maryland 21202

6   ken.ravenell@murphypa.com

7   Counsel for Samuel Lloyd

8

9

By: S/Regina Spurlock

10       Regina Spurlock

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28